# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 Patrick Tarmey

Plaintiff

V.

Medical Bureau of Economics

Defendant

CIVIL ACTION

NO.  1:13-cv-13055-PBS

## SETTLEMENT ORDER OF DISMISSAL

 SARIS, C.D. J.

The Court having been advised on     1/15/2014     that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

     January 16, 2014

Date

/s/ Jennifer LaFlamme

Deputy Clerk

(30 day Dismissal Settlement.wpd - 12/98)